COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00216-CV |
| Style: | Victor S. Elgohary, Individually and as representative on behalf of nominal defendant Lakes on Eldridge North Community Association, Inc. **v** Lakes on Eldridge North Community Association, Inc.; RealManage, LLC; Darla Kitchen; Don Byrnes; Michael Ecklund; Laura Vasallo Lee; John Kane; Julie Ann Bennett; Rick Hawthorne; Cara Davis; Christi Keller; Jim Flanary; Jill Richardson; Neil McLaurin; and Walter Spears |
| Date motion filed[*]: | October 2, 2014 |
| Type of motion: | Motion for Partial Dismissal of Appeal |
| Party filing motion: | Walter E. Spears and Neil H. McLaurin, IV |
| Document to be filed: | |

Is appeal accelerated?       No

If motion to extend time:

Original due date: _____

Number of prior extensions: _____   Current Due date: _____

Date Requested: _____

Ordered that motion is:

☐      Granted

       If document is to be filed, document due:

☒      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

_____

Judge's signature: /s/ Chief Justice Sherry Radack
                    ☒ Acting individually      ☐ Acting for the Court
Panel consists of _____
Date:  October 23, 2014

November 7, 2008 Revision